JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ZAKAR POGHOSYAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:25-cv-11268-AB-PDx<br><br>**[~~PROPOSED~~] ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE** |

In light of Plaintiff's the Notice of Voluntary Dismissal with Prejudice:

1. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(2), this action is **DISMISSED**, with prejudice, as to all of Plaintiff's claims for relief against Defendant Spinnaker Insurance Company.

2. Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 27, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE